1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | CV F   05 307 AWI SMS P |
| Plaintiff, | |
| | ORDER DENYING MOTION FOR |
| v. | APPEARANCE AND MOTION FOR |
| | CLARIFICATION |
| MILLIGAN, et. al., | (Docs. 20, 21.) |
| Defendants. | |
| _____/ | |

Henry A. Jones ("Plaintiff") is a federal prisoner proceeding pro se in this civil action. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

Plaintiff filed the instant action on February 24, 2005.  On June 29, 2005, Plaintiff filed a pleading he titled "Motion: Citizen Complaint Demand For Jury Trial."  In this document,

1

1    Plaintiff indicated that he filed a complaint against CDC personnel for conspiracy to cover up

2    mail destruction and conspiracy to commit murder and makes a demand for a jury trial.  The

3    Court issued an Order disregarding the Motion on January 20, 2006, and explained to the

4    Plaintiff that he must exhaust all his administrative remedies with respect to claims he wishes to

5    bring before the Court.

6           On February 21, 2006, Plaintiff filed a Motion requesting that he be brought before the

7    Court.  Plaintiff also makes a demand for a jury trial.

8           On March 17, 2006, Plaintiff filed a Motion for Clarification and Correction of the

9    Court's Order disregarding the Motion concerning the "Citizen Complaint and Demand for Jury

10   Trial."

11          Plaintiff complains that he has not been brought before the Court on his Complaint and

12   then proceeds to explain to the Court why he has not been able to exhaust his administrative

13   remedies.  However, the Court's Order was not an invitation to discuss the exhaustion issue.  The

14   Order merely informed Plaintiff of the exhaustion requirement as Plaintiff appeared to be

15   complaining about issues that arose *after* he initiated the instant action.

16          Further, Plaintiff is informed that his is not the only civil rights case pending before the

17   Court.  The Court has literally hundreds of similar cases pending before it at any given time.

18   Generally, the Court proceeds with each case in the order in which they are filed.  Plaintiff is also

19   informed that the Court must first screen the Complaint to determine whether it states a

20   cognizable claim for relief.  Then, it will issue an order setting forth various deadlines in the

21   case.  Plaintiff may refer to the informational order served on him at the initiation of this case for

22   further information as to how the case proceeds.  In any event, the Court will not order Plaintiff

23   to come to court in person until the matter is set for trial.  Until such time as that happens, all

24   requests to be brought before the Court and demands for jury trial will be denied.  Plaintiff

25   should keep the Court informed of his current address at all times to ensure that he receives

26   notice of what is happening in his case.

27          With respect to Plaintiff's request for clarification, the Court does not routinely issue

28   orders explaining its prior orders.  The explanation lies within the Order itself. Thus, Plaintiff

1  should refrain from filing Motions seeking clarification and jury demands.  As stated above,

2  Plaintiff may refer to the informational orders provided him at the outset of the case and should

3  follow any instructions in the Court's orders carefully to aid in the expeditious resolution of his

4  case.  Plaintiff will be informed of deadlines for filing of certain types of motions and he can then

5  decide if the filing of such motion is warranted.

6      Accordingly, Plaintiff's Motion requesting appearance and Motion for clarification are

7  DENIED.

8

9

10  IT IS SO ORDERED.

11  **Dated:    July 28, 2006**                    _____/s/ Sandra M. Snyder_____
    icido3                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28