# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | 1:05-cv-00307-AWI-SMS-PC |
| Plaintiff, | |
| v. | ORDER RESPONDING TO PLAINTIFF'S MOTIONS FOR COURT TO RENDER JUDGMENT OR PREPARE FOR TRIAL |
| MILLIGAN, et al., | (Docs. 32, 33.) |
| Defendants. | |

Henry A. Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2008 and May 16, 2008, plaintiff filed motions for the court to either render a judgment in this action or prepare for jury trial. (Docs. 32, 33.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's original complaint was screened on October 5, 2006, and the court dismissed plaintiff's complaint for failure to state a claim upon which relief can be granted, with leave to amend. (Doc. 25.) On December 14, 2006, plaintiff filed an amended complaint, which presently awaits

1

1 screening. (Doc. 30.) The court screens complaints in the order in which they are filed and
2 strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights
3 cases presently pending before the court, and delays are inevitable despite the court's best efforts.
4     Plaintiff can rest assured that he will receive all orders issued in his case as long as he
5 keeps the court apprised of his current address.
6     Plaintiff's motions are hereby RESOLVED by this order.

8 IT IS SO ORDERED.
9 **Dated:   June 27, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE